Honorable Linda V. Parker          Docket No : 08-CR-20349-01

I'm write'ing You In concern of a First Step Act motion that was 4-28-2020 filed on my behalf, In hope of hearing from the courts soon. It's been almost one Year sense the motion was filed May 28, 2019 by Joan Morgan. I have been blessed to receive a Job oppertunity to work with and for a company called Bizom where we help the Blind and Impared People make Military Jackets that has giving Me an chance to start building a world work history meaning file'ing W-4 and W-2 forms for I've been able to file Tax for first time In My life.

I have been saving, planning and looking foward to a new start and beginning In life. My life that I'm learning to love and live for........ I also look forward to re-locat'ing to Las Vegas, NV to re-start life with My Mother Joann Grant and two siblings for one of my brothers Cecil Smith passed away two years ago. As a result me and my mom has built a relationship like I've never known before and I would be truly blessed to make It there to spend some time with her.

                                                 Kenneth Marks

I also have a support team In Ka'mira Marks and my Father-inlaw like I've never known before, with a home to come too. Ms. Parker It has become real spookey around here at Butner NC, I just received a mask to wear and I have It on as I'm write'ing this letter for the 6 feet rule I hear them talking about on the news Is simpley Impossible. And we have no dis-Infect to wash with like they say to do on the news.

I read allot of self help book's now and I've learnd to, not to be ashamed to show, feelings....... I'm Scared Ms. Parker
     and share

I would also like the court to know

1. I am a None Violent offender
2. I have served 70+% of my sentence already
3. I have a low custudy score now
4. Im still In a medium to take advantage of Job oppertunity
5. I do have home placements to Go to with family
6. I've been Incarcerated for almost 12 years

Any Care and Comppasion as You see fit with my case I look forward to hearing from the courts each day.

Me and My family Thank You for Your time and Help and Consideration of this Matter.

Thank You Again

: Kenneth Smith