UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    Case No. 08-20349
                                                    Honorable Linda V. Parker

KENNETH IRWIN SMITH,

        Defendant.
_____/

## ORDER RESCINDING THE ORDERS REQUIRING RESPONSE

The Orders Requiring a Response [ECF Nos. 67, 69 and 71] that included a Response due date of June 12, 2020, and a Reply date of June 19, 2020, is **RESCINDED**.

    **IT IS SO ORDERED**.

                                                  S/ Linda V. Parker
                                                  LINDA V. PARKER
                                                  U.S. DISTRICT JUDGE

Dated: June 8, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 8, 2020, by electronic and/or U.S. First Class mail.

                                                  s/ R. Loury
                                                  Case Manager