Case 4:08-cr-20349-LVP-MJH   ECF No. 78, PageID.372   Filed 07/16/20   Page 1 of 1

MIED 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to The First Step Act of 2018    Page 1 of 2 (Page 2 Not for Public Disclosure)

UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
KENNETH IRWIN SMITH

Case No: 08-20349
USM No: 42333-039

Date of Original Judgment: March 30, 2009
Date of Previous Amended Judgment: March 24, 2015
*(Use Date of Last Amended Judgment if Any)*

Andrew Wise
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT OF 2018

Upon motion of  ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court
☑ stipulation of the parties
for a reduction in the term of imprisonment under the provision of Section 404(b) of The First Step Act of 2018, and considering sections 2 and 3 of the Fair Sentencing Act of 2010;

**IT IS ORDERED** that the stipulation is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____210____ months **is reduced to** ____Time Served____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 8 Years. The Court waives the cost of supervision due to the defendant's lack of financial resources.

The remainder of the original sentence is unchanged.

Except as otherwise provided, all provisions of the judgment dated ____March 24, 2015____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  July 16, 2020              s/Linda V. Parker
                                        *Judge's signature*

Effective Date: _____            Linda V. Parker, U.S. District Judge
*(if different from order date)*        *Printed name and title*