UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                        Civil Case No. 08-20349
                                                          Honorable Linda V. Parker

KENNETH IRWIN SMITH,

       Defendant.

_____/

## ORDER DENYING MOTIONS AS MOOT

On July 16, 2020, the Court entered an Order Regarding the Motion for Sentence Reduction Under the First Step Act of 2018 [ECF No. 78], which reduced the Defendant's sentence to time served.

Accordingly,

**IT IS ORDERED** that Motions for Compassionate Release [ECF Nos. 65, 68, and 70] are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 11, 2020